# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dwayne R. Quiney,<br><br>    Plaintiff<br><br>v.<br><br>Swift Transportation Inc., et al.,<br><br>    Defendants | Case No.: 2:18-cv-00339-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 1, 3] |

On February 26, 2018, Magistrate Judge Nancy Koppe recommended denial of pro se plaintiff Dwayne R. Quiney's application to proceed *in forma pauperis* and dismissal of his complaint.[1] Quiney had until March 12, 2018, to file an objection to the recommendation, but that deadline has passed and he has remained silent.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 3] is ACCEPTED and ADOPTED.** Quiney's pauper application **[ECF No. 1] is DENIED** and **this case is DISMISSED.** The **Clerk of Court** is directed to **CLOSE THIS CASE.**

Dated: March 29, 2018

                                                                     _____
                                                                 U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.

[2] *See generally* docket report case no. 2:18-cv-00339-JAD-NJK.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1